**BERGMAN & GUTIERREZ LLP**
Penelope P. Bergman, Esq., SBN 220452
Deborah P. Gutierrez, Esq., SBN 240383
Amanda L. Gray, Esq., SBN 244644
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
Telephone:   (310) 893-6200
Facsimile:   (310) 988-2930
Email:   Amanda@b-g-law.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABNER PAJOUNIA and SAHAR PAJOUNIA<br><br>         Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NA AS SUCCESSOR BY MERGER TO LASALLE BANK N.A. AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR17 TRUST, et al.<br><br>         Defendants. | CASE NUMBER<br>**11-CV-05340-PA (MANx)**<br><br><br><br><br><br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties Stipulation for Dismissal with prejudice of the entire action and all causes of action hereby:

**ORDERS** the Request is:

X       GRANTED.
☐       DENIED.

Dated: June 13, 2013

_____
United States District Judge/Magistrate Judge